UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

AMENDED CIVIL RIGHTS COMPLAINT

CANDIDO TORRES #242308
900 Highland Ave.
Cheshire, CT 06410,
Plaintiff,
(Full name, address and prisoner number if incarcerated)

v.

Jack Tokarz
Hector Rodriguez
Rober Gale
Anthony J. Bruno
Individual + official capacity
Steven Strom

Case No. 302CV1810 (AVC) (JGM)

Defendant(s).
(Full name(s), address(es) and capacity, e.g., official capacity, individual capacity, or official and individual capacitites) (Do not use *et al.*)

## A. PARTIES

1. CANDIDO TORRES is a citizen of Connecticut who
(Plaintiff)                                   (State)
presently resides at 900 highland Ave, Cheshire, CT 06410
                     (mailing address or place of confinement)
If plaintiff is incarcerated, provide inmate number: 242308.

2. Defendant Jack TOKARZ is a citizen of Connecticut
             (name of first defendant)                    (State)

whose address is _CT Doc. 24 Wolcott Hill Rd, Wethersfield CT 06109_

and who is employed as _Deputy Commissioner, CT Dep. of Corr_
(title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law?  XX Yes  ___ No. If your answer is "Yes," briefly explain:

_____

_____

3. Defendant _Hector Rodriguez_ is a citizen of _Connecticut_
(name of second defendant)                                        (State)

whose address is _900 Highland Ave, Cheshire, CT 06410_

and who is employed as _Lead Warden, Cheshire Corr. Inst._
(title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law?  XX Yes  ___ No. If your answer is "Yes," briefly explain:

_____

_____

4. Defendant _Robert Gale_ is a citizen of _Connecticut_
(name of third defendant)                                         (State)

whose address is _900 Highland Ave, Cheshire, CT 06410_

and who is employed as _Facility Religious Cordinator_
(title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law?  XX Yes  ___ No. If your answer is "Yes," briefly explain:

_____

_____

5. Defendant _Anthony J. Bruno_ is a citizen of _Connecticut_
(name of fourth defendant)                                       (State)

whose address is _900 Highland Ave, Cheshire, CT 06410_

and who is employed as <u>Religious director of CT DOC</u>
(title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? XX Yes ___ No. If your answer is "Yes," briefly explain:

_____

_____

6. Defendant <u>Steven Strom</u> is a citizen of <u>Connecticut</u>
(name of fifth defendant)                                      (State)

whose address is <u>110 Sherman St. Hartford CT 06106</u>

and who is employed as <u>Assistant Attorney General</u>
(title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? XX Yes ___ No. If your answer is "Yes," briefly explain:

_____

_____

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

### B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

    XX    42 U.S.C. § 1983 (applies to state prisoners)

    ___   ***Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics***, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

<u>28 U.S.C. 1331 and 2201, 42 U.S.C. 2000 + Conn. Gen. Stat</u>
<u>52-57 (1b) (2001) 42 U.S.C. 1997 + ADM DI 10.8</u>

3

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. The Plaintiff Candido Torres is a follower and practitioner of the "Santeria Religion" the Plaintiff since February 2002, made a number of requests to the defendants, to allow the Plaintiff to purchase "orisha Beads" which are use for prayer and protection, and refuse to allow the Plaintiff a small "altar" in his cell.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** My First Amendmen right to free exercise of religion and freedom of expression is being violated by the defendants

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

In February 2002, Plaintiff spoked and wrote defendant Gale and seeked approval to buy orisha beads from an outside vendor, and approval for a small altar in his cell, Gale denied Plaintiff his request.

**Claim II:** My Fourteenth Amendment Right of freedom

4

of expression, equal protection and due process Rights is being denied by the defendants.

**Supporting Facts:** Since February 2002, the defendants refuse to approve the requested religious material requested by the Plaintiff and prevented the Plaintiff from doing his daily prayers and by preventing Plaintiff to have orisha beads and altar, denied free exercise of his religion, which violated his due process and equal protection clause under the 14th Amendment to U.S. Const.

**Claim III:** My First and Fourteenth Amendment Rights to the U.S. Const. Right of freedom of expression, free exercise of religion by defendant Steven Strom

**Supporting Facts:** Defendant Strom, A.A.G. was contacted by Plaintiff on July 18th by letter after defendant Tokarz advise Plaintiff to write to Strom about his orisha beads and altar. defendant Strom has never answer Plaintiff letter requesting approval for orisha bead and small altar.

## E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? _XX_ Yes ____ No. If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF.")

   a. Parties to previous lawsuit:

   Plaintiff(s): Candido Torres

   Defendant(s): Warden - Cheshire Corr Inst.

   b. Name and location of court and docket number J.D. New Haven CV-02-0466215

   c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?) Dismissed

   d. Issues raised: Permission to Practice my Santeria religion, to get orisha beads + altar.

   e. Approximate date of filing lawsuit: March 4th 02

   f. Approximate date of disposition: Sept 9th 02

2. I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part D. _XX_ Yes ____ No.

If your answer is "Yes," briefly describe how relief was sought and the results.
Wrote to defendants Tokarz, Rodriguez, Gale, Bruno + Strom and as of this date they still refuse to approve my orisha beads and altar.

3. I have exhausted available administrative remedies. _XX_ Yes ____ No.
   If your answer is "Yes," briefly explain the steps taken. **Attach proof of exhaustion.**
   If your answer is "No," briefly explain why administrative remedies were not exhausted.
   File Level 1 grievance on 2/6/03 No answer
   File Level 2 on 3/25/03 No answer
   File Level 3 on 6/11/03 No answer

6

## F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1. If you are incarcerated and proceeding under 28 U.S.C. § 1915, please list each civil action or appeal you have brought in a court of the United States, while you were incarcerated or detained in any facility, that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Please describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS."
   If you are not incarcerated, go to section G.

   a. Parties to previous lawsuit:

   Plaintiff(s): _N/A_

   Defendant(s): _N/A_

   b. Name and location of court and docket number _N/A_

   c. Grounds for dismissal: ( ) frivolous ( ) malicious ( ) failure to state a claim upon which relief may be granted.

   d. Approximate date of filing lawsuit: _N/A_

   e. Approximate date of disposition: _N/A_

2. Are you in imminent danger of serious physical injury? ____ Yes ____ No.
   If your answer is "Yes," please describe the facts in detail below without citing legal authority or argument.

## G. REQUEST FOR RELIEF

I request the following relief: Allow me to have my orisha bead and small altar and pay me the money I've spend in this complaint. $ 1.500

7

## H. JURY DEMAND

Do you wish to have a jury trial?  Yes __X__   No_____

_____    _____Candid Jens_____
Original signature of attorney (if any)     Plaintiff's Original Signature

_____

_____

_____
Attorney's full address and telephone

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at __Cheshire, Corr. Inst__ on __9/15/03__.
             (location)                    (date)

_____Candy Jao_____
Plaintiff's Original Signature

CERTIFICATION

I hereby certify that a copy of the foregoing Amended Civil Rights Complaint was mailed this 28th day 2003, First class postage pre-paid to the defendant's attorney.

Attorney Steven Strom
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06106

*Candido Torres*
CANDIDO TORRES