UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Nov 13   2 59 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

CANDIDO TORRES

V.

JACK TOKARZ, ET AL.

PRISONER
CASE NO. 3:02CV1810 (AVC) (JGM)

### Scheduling Order

Pursuant to Rule 16(c) of the Federal Rules of Civil Procedure, it is hereby ORDERED:

1. All motions for summary judgment shall be filed within 60 days of the date of this order.

2. Pursuant to Local Civil Rule 7(a), a non-moving party must respond to a dispositive motion within 21 days of the date the motion was filed. If no response is filed, or the response is not timely, the dispositive motion can be granted absent objection.

SO ORDERED.

Dated at New Haven, Connecticut, this 13th day of Nov., 2003.

_____
Joan G. Margolis
United States Magistrate Judge