UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

CANDIDO TORRES        3:02 CV 1810 PCD JGM
     v.                2004 FEB -5 P 11:39
JACK TOKARZ, ET. AL / US DIST    January 28, 2004

## Motion for PRETRIAL Settlement Conference

Now comes the Plaintiff Candido Torres Pro-Se, and respectfully moves this Court pursuant to rule 16 of the Federal Rule of Civil Procedure, for a Settlement Conference in the above entitled matter.

Plaintiff believes that if the Plaintiff and defendant's attorney has a Conference that it would be beneficial to both Parties and may avoid a Court trial.

WHEREFORE, the plaintiff prays that this Court will arrange a Pretrial Settlement Conference.

-1-