UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

CANDIDO TORRES         3:02 CV 1810 PCD JGM
   v.                                    (AVC)
JACK TOKARZ, ET AL      US DISTRICT COURT
                         BRIDGEPORT  AUGUST 28 2004

Motion for PRETRIAL Settlement
           Conference

Now Comes the Plaintiff Candido Torres, and respectfully m[oves] this Court [pursu]ant to rule 16 of t[he Fe]deral Rules [of Ci]vil Procedure, for a [Settlem]ent Conference in the above entitled m[att]er.

Plaintiff believes that if the Plaintiff and defendants attorney has a Conference that it would be beneficial to both Parties and may avoid a Court trial.

WHEREFORE, the Plaintiff prays that this Court will arrange a Pretrial Settlement Conference.

-1-

DENIED. Alfred V. Covello, U.S.D.J.
FILED August 3, 2004. SO ORDERED.

2004 AUG 10 P 3:25
U.S. DISTRICT COURT
HARTFORD, CT