UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CANDIDO TORRES | : | CIVIL NO. 3:02CV1810(AVC)(TPS) |
| v. | : | |
| JACK TOKARZ, ET AL. | : | AUGUST 19, 2004 |

### MOTION FOR EXTENSION OF TIME

The defendants respectfully request a thirty (30) day extension of time up to and including October 18, 2004 to submit the defendants' Trial Memorandum in this case. There is good cause for this motion in that (1) Undersigned counsel is picking a Jury on September 8, 2004 and will be on trial in Bridgeport Federal Court before Magistrate Judge Garfinkel in Taylor v. Armstrong, 3:97CV973(WIG). (2) Undersigned counsel has a personal family matter, out of state, on September 16 and 17, 2004, due to family and religious obligations on those days. (3) Undersigned counsel will be fully engaged in (a) an Appellate Brief in Whitaker v. Commissioner of Correction, A.C. No. 24485, due August 31, 2004. (4) On even date herewith, defendants have filed their consent to trial by a U.S. Magistrate Judge.

The plaintiff is a pro se prisoner and his position has not been ascertained. This is the first request for an extension of time with regard to the Trial Memorandum.

Wherefore, the case should be referred to Magistrate Judge Smith, and the motion for extension of time should be granted.

DEFENDANTS
Jack Tokarz, Et Al.


RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:    /s/
      Steven R. Strom
      Assistant Attorney General
      110 Sherman Street
      Hartford, CT  06105
      Federal Bar #ct01211
      E-Mail:  steven.strom@po.state.ct.us
      Tel.: (860) 808-5450
      Fax: (860) 808-5591


## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 19th day of August, 2004:

Candido Torres, #242308
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410


      /s/
      Steven R. Strom
      Assistant Attorney General