UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CANDIDO TORRES | : | CIVIL NO. 3:02CV1810(AVC)(TPS) |
| v. | : | |
| JACK TOKARZ, ET AL. | : | AUGUST 19, 2004 |

## MOTION FOR EXTENSION OF TIME

The defendants respectfully request a thirty (30) day extension of time up to and including October 18, 2004 to submit the defendants' Trial Memorandum in this case. There is good cause for this motion in that (1) Undersigned counsel is picking a Jury on September 8, 2004 and will be on trial in Bridgeport Federal Court before Magistrate Judge Garfinkel in Taylor v. Armstrong, 3:97CV973(WIG). (2) Undersigned counsel has a personal family matter, out of state, on September 16 and 17, 2004, due to family and religious obligations on those days. (3) Undersigned counsel will be fully engaged in (a) an Appellate Brief in Whitaker v. Commissioner of Correction, A.C. No. 24485, due August 31, 2004. (4) On even date herewith, defendants have filed their consent to trial by a U.S. Magistrate Judge.

The plaintiff is a pro se prisoner and his position has not been ascertained. This is the

---

3:02CV1810(AVC). August 26, 2004. The defendants' motion (document no. 42) is GRANTED in part and DENIED in part. To the extent that the defendants seek an extension of time to file the joint trial memorandum, the motion is GRANTED. The parties shall have to and including October 18, 2004, to file the joint trial memorandum. To the extent that the defendants' motion seeks an order referring this matter to a magistrate judge for trial, the motion is DENIED without prejudice to its renewal upon the filing of a consent form signed by both parties.
SO ORDERED.

Alfred V. Covello, U.S.D.J.