UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CANDIDO TORRES,<br>*Plaintiff,*<br>v.<br><br>JACK TOKARZ, ET AL,<br>*Defendants* | :<br>:<br>:<br>:<br>:<br>: | CIVIL NO. 3:02CV1810 (AVC)<br><br><br><br>SEPTEMBER 1, 2004 |

### RULE 41 STIPULATED DISMISSAL

Pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, the parties stipulate that the above captioned case may be dismissed with prejudice and without costs.

PLAINTIFF

Candido Torres

BY: /s/ Candido Torres
Candido Torres, #242308
Cheshire CI
900 Highland Ave.
Cheshire, CT 06410

DEFENDANTS

Jack Tokarz, et. al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: /s/ Steven R. Strom
Steven R. Strom
Assistant Attorney General
Office of the Attorney General
110 Sherman Street
Hartford, CT 06105
Tel. (860) 808-5450
Federal Bar #ct01211
steven.strom@po.state.ct.us

Approved and So Ordered.

By The Court

_____
U.S.D.J./ Clerk/Deputy Clerk

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed this 7th day of September 2004 to:

Candido Torres, #242308
Cheshire CI
900 Highland Ave.
Cheshire, CT 06040

                                                                            _____
                                                                            Steven R. Strom
                                                                            Assistant Attorney General